ROBERT J. FRASSETTO, ESQ. (SBN 104435)
FRASSETTO LAW LLP
548 Market Street, Suite 85769
San Francisco, CA 94104-5401
rjf@frassettolaw.com
Telephone:  (510) 817-0466
Facsimile:   (855) 710-7474

Attorneys for Defendant
MITCHELL/SIPPOLA LIMITED PARTNERSHIP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oscar Ramos,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>Black Angus Steakhouses, LLC, individually and dba Black Angus Steakhouse; Mitchell/Sippola Limited Partnership; and Does 1 to 50, inclusive,<br><br>　　　　　　　　Defendants. | Case No.  2:25-cv-02740-CSK<br><br>*U.S. Magistrate Judge: Hon. Chi Soo Kim*<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**<br><br>**[Local Rule 144]** |

　　　　IT IS HEREBY STIPULATED by and between the parties, plaintiff Oscar Ramos ("plaintiff") and defendant Mitchell/Sippola Limited Partnership ("defendant"), through their respective attorneys of record, as follows:

　　　　WHEREAS, plaintiff filed his complaint on or about September 24, 2025;

　　　　WHEREAS, plaintiff served the Summons and Complaint on defendant on or about September 24, 2025;

　　　　WHEREAS, the parties previously stipulated to one 14-day extension by stipulation filed on October 15, 2025;

　　　　WHEREAS, plaintiff intends to file an amended complaint, including to join additional defendant(s) in this action;

　　　　WHEREAS defendant desires additional time to prepare and file its responsive pleading; and

1

WHEREAS, plaintiff is willing to provide additional time for defendant to prepare and file its responsive pleading;

NOW, THEREFORE, BASED ON THE FOREGOING, THE PARTIES HEREBY STIPULATE THAT:

The last day for defendant Mitchell/Sippola Limited Partnership to file a responsive pleading to the Complaint on file in this matter is extended from October 29, 2025, to December 29, 2025.

IT IS SO STIPULATED AND AGREED.

DATED: 10/28/25                     FRASSETTO LAW LLP


By: /s/ Robert J. Frassetto
Robert J. Frassetto, Esq
Attorneys for Defendant,
MITCHELL/SIPPOLA LIMITED
PARTNERSHIP


DATED: 10/28/25                     LAW OFFICES OF RICHARD A. MAC BRIDE


By: /s/ Richard Mac Bride
Richard Mac Bride, Esq
Attorneys for Plaintiff,
OSCAR RAMOS

**ORDER**

Based on the parties' stipulation, and for good cause shown, IT IS HEREBY ORDERED, that Defendant Mitchell/Sippola Limited Partnership, shall file its pleadings responsive to Plaintiff Oscar Ramos' Complaint on or before December 29, 2025.

IT IS SO ORDERED.

Dated: November 3, 2025

_____
UNITED STATES MAGISTRATE JUDGE

4, ramo2740.25